# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-00276 |
| | : (JUDGE MARIANI) |
| SHAWN HILL, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 14th DAY OF MAY, 2019, upon consideration of Defendant Shawn Hill's Motion to Sever Counts (Doc. 35) and Motion for Early Disclosure of Jencks Act Material (Doc. 37), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Sever Counts (Doc. 35) is **DENIED**.

2. Defendant's Motion for Early Disclosure of Jencks Act Material (Doc. 37) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. Defendant's request that the Government provide notice of its intention to use hearsay statements pursuant to Fed. R. Evid. 807 is **GRANTED AS FOLLOWS**: the Government shall provide notice of its intent to offer any Rule 807 statement and its particulars **no later than 10 days before trial**.

    b. To the extent that the Government has not already done so, the Government shall turn over any and all information which meets the *Brady* and *Giglio* standards for disclosure at the appropriate time and shall fully comply with its

duty to learn of any as-yet-unknown evidence properly disclosable under *Brady* and *Giglio*.

   c. The Motion is **DENIED WITHOUT PREJUDICE** in all other respects.

3. A separate Order scheduling the above-captioned action for trial shall follow.

                                                            _____
                                                            Robert D. Mariani
                                                            United States District Judge