# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Crim. No. 3:17-CR-276 |
| v. | : (JUDGE MARIANI) |
| | : |
| SHAWN HILL, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 22ND DAY OF JULY 2020, upon consideration of Defendant's Motion to Lift Warrant (Doc. 76) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendant's motion is **DENIED** for the reasons set out in the simultaneously filed Memorandum Opinion.

                                                Robert D. Mariani
                                                United States District Judge